**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,
          Plaintiff,

-VS-

JAMES BROWN,
          Defendant
_____/

Court Number: 06-15521
Honorable: Denise Page Hood
Claim Number: 1999A21212

## ORDER RELEASING TAX GARNISHMENT

Upon the reading and filing of the above Petition, the **STATE OF MICHIGAN TREASURY DEPARTMENT** is hereby released from any liability under said **GARNISHMENT** and any funds shall be restored to the principal defendant upon receipt of this document.

Dated: August 18, 2010

                                                s/Denise Page Hood
                                                DENISE PAGE HOOD
                                                U.S. DISTRICT COURT JUDGE